■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECIL BROWN, Appellant. [666 NYS2d 953] —Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 1995 (*People v Brown*, 215 AD2d 492), affirming a judgment of the Supreme Court, Queens County, rendered June 10, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Miller, J. P., Pizzuto, Joy and Krausman, JJ., concur.